# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODRIGO MIJARES

      Plaintiff(s),

vs.

CAPITAL ONE BANK (USA), N.A.,

      Defendant(s).

Case # 3:18-cv-00463

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Carlos C. Alsina-Batista, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Law Offices of Jeffrey Lohman, P.C.
(firm name)

with offices at 4740 Green River Road, Suite 310,
(street address)

Corona, California, 92880,
(city) (state) (zip code)

(657) 363-3331, carlosa@jlohman.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Rodrigo Mijares to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ____2/16/2015____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Puerto Rico___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court- District of Puerto Rico | 11/2/2005 | 222801 |
| US Court of Appeals for the 1st Circuit | 11/10/2005 | 109241 |
| US Court of Appeals for the 9th Circuit | 5/23/2018 | |
| US District Court- District of Colorado | 6/5/2018 | |
| US District Court -E.D. of Wisconsin | 5/23/2018 | |
| US District Court- District of North Dakota | 5/29/2018 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
Puerto Rico; Puerto Rico Federal Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/22/2018 | Durst v. Capital One Bank | US District Court of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  California  )
)
COUNTY OF  Riverside  )

__Carlos C. Alsina-Batista__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____.   See Attached California Jurat

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Mathew K. Higbee__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__2445 Fire Mesa Street, Suite 150__,
(street address)

__Las Vegas__,  __Nevada__,  __89128__,
(city)         (state)        (zip code)

__(702) 583-+4778 ext. 152__,  __mhigbee@higbeeassociates.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Riverside__

Subscribed and sworn to (or affirmed) before me on this __16th__ day of __November__, 20__18__, by __Carlos C. Alsina-Bastista__,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

TERESA C. GUILLORY
Commission # 2093400
Notary Public - California
Riverside County
My Comm. Expires Dec 13, 2018

(Seal)                    Signature __Teresa C. Guillory__

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Mathew K. Higbee___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

___/s/ Rodrigo Mijares___
(party's signature)

___Rodrigo Mijares, Plaintiff___
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

___11158___        ___mhigbee@higbeeassociates.com___
Bar number         Email address

APPROVED:

Dated: this __13__ day of ___December___, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Commonwealth of Puerto Rico
## Supreme Court
### San Juan, Puerto Rico

# Certificate of Good Standing

This is to certify that on the 16th day of February, 2005

## Carlos C. Alsina-Batista

was duly licensed and admitted by this Supreme Court to practice as an Attorney at Law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that, as of this date, **Atty. Carlos C. Alsina-Batista** is in Good Standing on the Roll of Attorneys of this Court. On September 13th 2005, **Atty. Alsina-Batista** was also admitted to practice the notarial profession in Puerto Rico.

In Witness Whereof, I issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico this 8th day of June, 2018.

Yadira Ortiz-Merced
*Assistant Clerk, Supreme Court of Puerto Rico*

Sello
18-B3621897
CANCELADO
5120
06/08/2018
$1.00
Sello de Rentas Internas
80171-2018-0608-71746036

18-B3621897 8/6/18

AO 136 (Rev.9/98)Certificate of Good Standing

UNITED STATES DISTRICT COURT
For The District Of Puerto Rico

# CERTIFICATE OF GOOD STANDING

I, __**Frances Rios de Moran, Esq.**__, Clerk of this Court, certify that __**Carlos C. Alsina-Batista**__ Bar number __**222801**__, was duly admitted to practice in this Court on __**November 2, 2005**__ and is in good standing as a member of the Bar of this Court.

Dated at __**San Juan**__, on __**June 13, 2018**__
            City                                  Date

*Frances Rios de Moran*
Clerk of The Court

                                                           Antonio Rodriguez
                                                           Deputy Clerk

# United States Court of Appeals



### For the First Circuit

*Carlos C. Asina-Batista*

Court of Appeals Bar No. 109241

was admitted and qualified as an Attorney and Counsellor of the United States Court of Appeals for the First Circuit on the tenth day of November in the year of our Lord, two thousand and five, and the Independence of the United States of America, the two hundredth and twenty-ninth year.

In testimony Whereof I, Margaret Carter, Clerk of said Court, have hereunto set my hand and affixed the Seal of said Court, at the City of Boston, on the twelfth day of June in the year of our Lord, two thousand and eighteen.

*Margaret Carter*

Clerk of the United States Court of Appeals for the First Circuit

