Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 868-7000
Facsimile: (702) 471-7070
Email: demareel@ballardspahr.com

*Substituting attorneys for defendant*
*Capital One Bank (USA), N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO MIJARES,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>Defendant. | CASE NO. 3:18-cv-00463-HDM-CBC<br><br>**STIPULATION AND ORDER PERMITTING SUBSTITUTION OF COUNSEL** |

Pursuant to LR IA 11-6(c), Capital One Bank (USA), N.A. ("Capital One") hereby agrees to the substitution of the law firm of Ballard Spahr LLP as its counsel of record in the place and stead of Armstrong Teasdale LLP.

DATED this 14th day of March, 2019.

CAPITAL ONE BANK (USA) N.A.

*/s/ Tim O'Brien*

By: Tim O'Brien

Title: Associate General Counsel

DMWEST #14605427 v1

1  The law firm of Ballard Spahr LLP hereby agrees to its substitution as counsel
2  of record for Capital One in the place and stead of Armstrong Teasdale LLP.
3  DATED this 14th day of March, 2019.

BALLARD SPAHR, LLP

By: /s/ Lindsay Demaree
Lindsay Demaree
Nevada Bar No. 11949
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

9  The law firm of Armstrong Teasdale LLP hereby agrees to the substitution of
10 Ballard Spahr LLP as counsel of record for Capital One in its place and stead.
11 DATED this 14th day of March, 2019.

ARMSTRONG TEASDALE LLP

By: /s/ Michelle D. Alarie
Michelle D. Alarie
Nevada Bar No. 11894
3770 Howard Hughes Parkway, Ste 200
Las Vegas, NV 89169

## ORDER

IT IS SO ORDERED.

Dated: 3/15/2019

_____
United States Magistrate Judge

DMWEST #14605427 v1           2

## CERTIFICATE OF SERVICE

I certify that on March 14, 2019, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER PERMITTING SUBSTITUTION OF COUNSEL** was filed via the Court's CM/ECF System and mailed by U.S. Mail, postage prepaid on all parties in interest.

| | |
|---|---|
| Matthew K. Higbee, Esq.<br>Higbee & Associates<br>2445 Fire Mesa Street, Ste. 150<br>Las Vegas, NV 89128<br>mhigbee@higbeeasociates.com | Carlos C. Alsina, Esq. – Pro Hac Vice<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Rd., Ste. 310<br>Corona, CA 92880<br>carlosa@jlohman.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR LLP

DMWEST #14605427 v1            3