Carlos Alsina, Esq.
Admitted *Pro Hac Vice*
THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 363-3331
*Attorneys for Plaintiff, Rodrigo Mijares*

Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel. (702) 471-7000
*Attorneys for Defendant Capital One Bank (USA) N.A.*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA          ORDER

| | |
|---|---|
| RODRIGO MIJARES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>Defendant. | Case Number: 3:18-cv-00463-HDM-CBC<br><br>**JOINT MOTION FOR ORDER ALLOWING COUNSEL FOR PARTIES TO APPEAR TELEPHONICALLY AT MARCH 29, 2019 CASE MANAGEMENT CONFERENCE** |

Plaintiff, Rodrigo Mijares ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A. ("Defendant"), by and through their respective undersigned attorneys, respectfully file this Joint Motion requesting that the Court enter an Order Permitting Parties to appear by telephone at the Case Management Conference scheduled for **March 29, 2019 at 10:00 a.m.**

1. Good cause exists for the instant request. Specifically, Plaintiff's lead counsel, Carlos Alsina, is admitted *Pro Hac Vice* and is located in Corona, California.

2. Counsel for Capital One is located in Las Vegas, Nevada.

3. The parties already filed a Joint Case Management Report, as required by the Court. *See* ECF No. 17. In this Joint Case Management Report, the parties requested – and this Court has granted – an extension to the remaining discovery deadlines. *See* ECF No. 18.

4. The parties desire to attend the Case Management Conference by telephone as they believe it will not affect the conference in any way and will further the ends of judicial economy. Permitting the parties to attend the Case Management Conference by phone will allow the parties to conserve resources and minimize expenses.

5. The respective counsels have been communicating with each other via telephone and e-mail and have been able, and will continue, to work together to ensure that this matter proceeds forward in an orderly, professional, and cooperative manner. Moreover, no party to this action would be prejudiced by the telephonic appearance, nor would telephonic appearances detract from a meaningful Conference.

WHEREFORE, the Parties respectfully request an order from this honorable Court GRANTING this joint motion for an order allowing the parties to appear to the Case Management Conference by telephone.

Dated: March 18, 2019

Respectfully submitted,

*/s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista (Pro Hac Vice)
carlosa@jlohman.com
THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Telephone: (657) 363-3331
Facsimile: (657) 246-1311
*Attorney for Plaintiff Rodrigo Mijares*

*/s/ Lindsay Demaree*
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel. (702) 471-7000
demareel@ballardspahr.com
*Attorney for Defendant Capital One Bank (USA) N.A.*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
Dated: 3/20/2019