Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Tel: (714) 617-8352
Fax: (714) 597-6729
Email: mhigbee@higbeeassociates.com

Carlos C. Alsina-Batista
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Email: CarlosA@jlohman.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO MIJARES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>　　　　　Defendant. | Case No.: 3:18-cv-00463-HDM-CBC |

### NOTICE OF SETTLEMENT AND
### <u>REQUEST FOR TERM TO FILE DISMISSAL PLEADING</u>

　　Plaintiff RODRIGO MIJARES notifies the Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. Plaintiff respectfully requests that the Court afford a 14-day period to file the proper dismissal pleading, but otherwise set aside all remaining case management deadlines.

Respectfully submitted the 16th day of July 2019.

By: /s/ Mathew Higbee
Mathew Higbee, Bar #: 11158
2445 Fire mesa Street, Suite: 150
Las Vegas, NV 89128
T: (714) 600-8085
F: (866) 534-7049
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, RODRIGO MIJARES

By: Carlos C. Alsina-Batista
Carlos C. Alsina-Batista
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Fax: (657) 246-1311
Email: CarlosA@jlohman.com
Attorney for Plaintiff, RODRIGO MIJARES

## CERTIFICATE OF SERVICE

I certify that on July 16, 2019 I filed Plaintiff RODRIGO MIJARES's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Lindsay C Demaree
Ballard Spahr LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: demareel@ballardspahr.com

By: Carlos C. Alsina-Batista
Carlos C. Alsina-Batista
*Pro Hac Vice admitted for Plaintiff*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Email: CarlosA@jlohman.com

- 2 -

NOTICE OF SETTLEMENT