Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Tel: (714) 617-8352
Fax: (714) 597-6729
Email: mhigbee@higbeeassociates.com

Carlos C. Alsina-Batista
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Fax: (657) 246-1311
Email: CarlosA@jlohman.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO MIJARES,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>　　　　　Defendant. | Case No.: 3:18-cv-00463-HDM-CBC<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

　　　Plaintiff, Rodrigo Mijares ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED this 30th day of July 2019.

*/s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
2445 Fire mesa Street, Suite: 150
Las Vegas, NV 89128
T: (714) 600-8085
F: (866) 534-7049
Email: Mhigbee@higbeeassociates.com
ATTORNEY FOR PLAINTIFF

*/s/Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Fax: (657) 246-1311
Email: CarlosA@jlohman.com
ATTORNEY FOR PLAINTIFF

DATED this 30th day of July 2019.

*/s/ Lindsay C. Demaree (with permission)*
Lindsay C. Demaree
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: 702-471-7000
Fax: 702-471-7070
Email: demareel@ballardspahr.com
ATTORNEY FOR DEFENDANT

## ORDER

**IT IS SO ORDERED:**

**DATED** this ___ day of July, 2019     _____
                                         Howard D. McKibben, District Judge
                                         UNITED STATES DISTRICT COURT

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2019 I filed Plaintiff RODRIGO MIJARES's Joint Stipulation and Order of Dismissal with Prejudice using the CM/ECF system, which will provide notice to the following:

Lindsay C Demaree
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: 702-471-7000
Fax: 702-471-7070
Email: demareel@ballardspahr.com

By: */s/ Mathew Higbee*
Mathew Higbee, Bar #: 11158
2445 Fire mesa Street, Suite: 150
Las Vegas, NV 89128
T: (714) 600-8085
F: (866) 534-7049
Email: Mhigbee@higbeeassociates.com
Attorney for Plaintiff, RODRIGO MIJARES

By: *Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Fax: (657) 246-1311
Email: CarlosA@jlohman.com
Attorney for Plaintiff, RODRIGO MIJARES

- 3 -

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**