Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Tel: (714) 617-8352
Fax: (714) 597-6729
Email: mhigbee@higbeeassociates.com

Carlos C. Alsina-Batista
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Fax: (657) 246-1311
Email: CarlosA@jlohman.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO MIJARES, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No.: 3:18-cv-00463-HDM-CBC <br><br> **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Rodrigo Mijares ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| DATED this 30th day of July 2019. | DATED this 30th day of July 2019. |
| */s/ Mathew Higbee*<br>Mathew Higbee, Bar #: 11158<br>2445 Fire mesa Street, Suite: 150<br>Las Vegas, NV 89128<br>T: (714) 600-8085<br>F: (866) 534-7049<br>Email: Mhigbee@higbeeassociates.com<br>ATTORNEY FOR PLAINTIFF | */s/ Lindsay C. Demaree (with permission)*<br>Lindsay C. Demaree<br>Ballard Spahr LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Tel: 702-471-7000<br>Fax: 702-471-7070<br>Email: demareel@ballardspahr.com<br>ATTORNEY FOR DEFENDANT |

*/s/Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
*Pro Hac Vice*
LAW OFFICE OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Fax: (657) 246-1311
Email: CarlosA@jlohman.com
ATTORNEY FOR PLAINTIFF

## **ORDER**

**IT IS SO ORDERED:**

**DATED** this 30th day of July, 2019

_____
Howard D. McKibben, District Judge
UNITED STATES DISTRICT COURT

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**